**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2519

BEATTIE BALENTINE ASHMORE, in his capacity as Court
Appointed Receiver for The Three Hebrew Boys,

           Plaintiff - Appellee,

    v.

DENNIS RICHARDSON,

           Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Senior
District Judge. (3:12-cv-00431-MBS)

Submitted: April 28, 2014         Decided: May 27, 2014

Before WYNN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Dennis Richardson, Appellant Pro Se.  Lewis Walter Tollison,
III, TOLLISON LAW FIRM, Greenville, South Carolina; Thomas
Edward Vanderbloemen, GALLIVAN, WHITE & BOYD, PA, Greenville,
South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Richardson appeals the district court's orders granting a preliminary injunction and summary judgment to Ashmore. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ashmore v. Richardson, No. 3:12-cv-00431-MBS (D.S.C. filed Nov. 18, 2013 & entered Nov. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2